# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2014 JUL 18  PM 1: 32

CELESTE KEYS,

    Plaintiff,

vs.

    Case No. 6:14-CV-1161-ORL-37DAB

SHELL OIL COMPANY,

    Defendant.

_____ /

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SHELL OIL

COMPANY ("Shell Oil"), makes the following disclosure.

Defendant Shell Oil Company is a wholly owned indirect subsidiary of Royal Dutch

Shell plc, a publicly held Dutch company.  No other publicly traded company owns 10% or more

of the stock of Royal Dutch Shell plc.

Karl J. Brandes, FBN 329797
karl.brandes@phelps.com
Shannon Rodriguez, FBN 32466
shannon.rodriguez@phelps.com
Jason Stearns, FBN 0059550
jason.stearns@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, FL 33602
Tel: (813) 472-7550
Fax: (813) 472-7570
*Attorneys for Defendant Shell Oil Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, a copy of the foregoing Notice to Counsel of

Removal of Action was filed with the Court and that a true and correct copy of the foregoing has

been furnished by electronic mail to: Paul E. Bross (pleadings@brosslawfirm.com and

pbross1@yahoo.com) Bross, Bross, Thomas & Savy, LC, 50 N. Grove Street, Merritt Island,

Florida 32953.

_____

Jason Stearns

PD.11895502.1